# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Raymond Collins et al,

    Plaintiffs

v.

Walgreen Co. dba Walgreens, et al,

    Defendants

2:14-cv-01587-JAD-VCF

**Order Granting Joint Motion to Approve Settlement and Dismissing Case**
[ECF 31]

    This is an employment action by former Walgreens managers asserting claims under the Fair Labor Standards Act (FLSA). The parties have settled their claims and jointly move the court to deem their settlements as good-faith ones.[1]

    The court has reviewed the pleadings and papers on file, considered the joint motion for approval of the settlements of all claims in this case by all parties [ECF 31], and finds, concludes, and orders as follows:

1. The settlements memorialized in the agreements contained in Appendix A [ECF 33] represent fair and equitable resolutions of the plaintiffs' claims in this action, reasonably resolve *bona fide* disagreements between the parties over the merits of the plaintiff's claims, and demonstrate a good-faith intention that the claims be fully and finally resolved;

2. Accordingly, IT IS HEREBY ORDERED that the Joint Motion for Approval of Settlement and Dismissal of the Lawsuit with Prejudice **[ECF 31] is GRANTED**;

3. As a material term of their settlement agreements, the plaintiffs have agreed to dismiss this action in its entirety and with prejudice;

4. Accordingly, IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that **this case is DISMISSED in its entirety and with prejudice,** each party to bear its own fees and costs.

---

[1] ECF 31, 33.

5. **The Clerk of Court is instructed to close this case.**

Dated this 15th day of September, 2015

_____
Jennifer A. Dorsey
United States District Judge